IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Frank R. Skrajny ) | |
| Janet E. Owad-Skrajny, ) | Bankruptcy No. 19-20606-JAD |
| ) | |
| Social Security No. XXX-XX-7103 ) | |
| ) | Chapter 13 |
| *Debtor(s)* ) | |
| ) | |
| Frank R. Skrajny, ) | Related To Doc. No. 19 |
| ) | |
| *Movant* ) | |
| ) | Re: WO-1 |
| vs. ) | |
| ) | |
| Cigna Health & Life Insurance Co. and ) | |
| Ronda J. Winnecour, Trustee, ) | |
| ) | |
| *Respondent(s)* | |

### ORDER TO PAY TRUSTEE

The above-named debtor having filed a Chapter 13 petition

IT IS THEREFORE, ORDERED that until further order of this Court, the entity from whom the debtor receives income:

**Cigna Health & Life Insurance Co.
Attn: Payroll Dept.
1601 Chestnut Street
Philadelphia, PA 19192**

deduct from said income the sum of **$462.00 from each bi-weekly paycheck** beginning on the next pay day following receipt of this order and deduct a similar amount each pay period thereafter, including any period for which the debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the debtor and to remit the deductible sums ON AT LEAST A MONTHLY BASIS to:

Ronda Winnecour
Chapter 13 Trustee, W.D.PA
P.O. Box 84051
Chicago, IL. 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the debtor's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF SAID DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the subject entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to the Court. **

DATED this <u>4th</u> day of <u>March,</u> 2019.

_____    mas
JEFFERY A. DELLER
U.S. BANKRUPTCY JUDGE

**IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

**CASE ADMINISTRATOR SHALL SERVE:**
Frank R. Skrajny and Janet E. Owad-Skrajny
Lauren M. Lamb, Esquire
Cigna Health & Life Insurance Co.
Ronda J. Winnecour, Esquire
Office of United States Trustee

FILED
3/4/19 1:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Frank R. Skrajny  
Janet E. Owad-Skrajny  
    Debtors

Case No. 19-20606-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: msch     Page 1 of 1     Date Rcvd: Mar 04, 2019  
                Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2019.  
db/jdb        +Frank R. Skrajny,    Janet E. Owad-Skrajny,    1108 Queens Mill Road,    Aliquippa, PA 15001-4542  
                +Cigna Health & Life Insurance Co.,    Attn:  Payroll Dept.,    1601 Chestnut Street,    Philadelphia, PA 19192-0003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                 TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2019                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2019 at the address(es) listed below:  
          Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com  
          Lauren M. Lamb     on behalf of Joint Debtor Janet E. Owad-Skrajny julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;dambrose@steidl-steinberg.com;cgoga@steidl-steinberg.com;lamblr53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
          Lauren M. Lamb     on behalf of Debtor Frank R. Skrajny julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;dambrose@steidl-steinberg.com;cgoga@steidl-steinberg.com;lamblr53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
          Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                     TOTAL: 6