IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Frank R. Skrajny : | Case No.19-20606 JAD |
| Janet E. Owad-Skrajny : | Chapter 13 |
| Debtor(s) : | |
| Janet E. Owad-Skrajny : | |
| : | Related to Document #37 |
| Movant(s) : | |
| : | Hearing Date:5/29/2019 |
| vs. : | |
| Amazon, America Express, Amex, : | |
| Bank of America, Capital One, Cavalry : | |
| Investments, Chasse Bank, Citi, : | |
| Comenity Bank, Costco, Navient, : | |
| Duquesne Light, Embrace Loans, King : | |
| Size, Kohls, LVNV Funding, Merrick : | |
| Bank, Nissan Motor Acceptance, One : | |
| Main Financial, PNC Bank, PRA : | |
| Receivables, PA Dept. of Revenue, : | |
| Peoples Natural Gas, Quantum3 Group,: | |
| Roundpoint Mortgage, Sears, Synchrony: | |
| Bank, TD Bank, Target, and Ronda J : | |
| Winnecour, Trustee : | |
| Respondent(s) : | |

### TRUSTEE'S RESPONSE TO APPLICATION FOR APPROVAL TO ALLOW DEBTOR TO OBTAIN CREDIT CARD FOR WORK-RELATED TRAVEL EXPENSES

Ronda J. Winnecour, Chapter 13 Trustee, by her undersigned counsel, respectfully represents the following:

1. The Debtors request approval to obtain a credit card for work-related travel expenses.

2. The Trustee objects on the basis that the use of credit cards was at least a contributing cause of the filing of her bankruptcy case. The amount of credit card debt listed in the Debtors' Schedules totals $80,010.30.

3. If the Debtors' Motion is granted, the Trustee requests that they be required to file monthly reports setting out the monthly charges, the monthly payments on

the credit card, the reimbursement checks from Debtor's employer, and whether there are any unreimbursed charges on the credit card.

WHEREFORE, the Trustee respectfully requests that the Motion be denied.

RONDA J. WINNECOUR,
CHAPTER 13 TRUSTEE

Date:  05/14/19            by      __/s/ Jana S. Pail_____
Jana S. Pail - PA I.D. #88910
Attorney for Trustee
US Steel Tower – Suite 3250
600 Grant St.
Pittsburgh, PA  15219
(412) 471-5566
jpail@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re: :
Frank R. Skrajny : Case No.19-20606 JAD
Janet E. Owad-Skrajny : Chapter 13
     Debtor(s) :
Janet E. Owad-Skrajny :
 : Related to Document #37
     Movant(s) :
 : Hearing Date:5/29/2019
     vs. :
Amazon, America Express, Amex, :
Bank of America, Capital One, Cavalry :
Investments, Chasse Bank, Citi, :
Comenity Bank, Costco, Navient, :
Duquesne Light, Embrace Loans, King :
Size, Kohls, LVNV Funding, Merrick :
Bank, Nissan Motor Acceptance, One :
Main Financial, PNC Bank, PRA :
Receivables, PA Dept. of Revenue, :
Peoples Natural Gas, Quantum3 Group,:
Roundpoint Mortgage, Sears, Synchrony:
Bank, TD Bank, Target, and Ronda J :
Winnecour, Trustee :
     Respondent(s) :

## CERTIFICATE OF SERVICE

     I hereby certify that on the 14TH of May 2019, I served one true and correct copy of the foregoing document on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Joseph S. Sisca, Esquire
Assistant U.S. Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh PA.  15222

Frank Skrajny
Janet E. Owad-Skrajny
1108 Queens Mill Road
Aliquippa PA 15001

Lauren M. Lamb, Esquire
Steidl & Steinberg
707 Grant Street
28th Floor – Gulf Tower
Pittsburgh PA 15219

_/s/Dianne DeFoor_____
Office of Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com