IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Frank R. Skrajny ) | Bankruptcy No. 19-20606-JAD |
| Janet E. Owad-Skrajny, ) | Chapter 13 |
|    Debtors ) | Doc. No. 40 |
| ) | Related to Docket Nos. 37, 39 |
| ) | |
| Janet E. Owad-Skrajny, ) | |
|    Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| Amazon, American Express, Amex, ) | |
| Bank of America, Capital One, ) | |
| Cavalry Investments, Chase Bank, Citi, ) | |
| Comenity Bank, Costco, Navient, ) | |
| Duquesne Light, Embrace Loans, King ) | |
| Size, Kohls, LVNV Funding, Merrick ) | |
| Bank, Nissan Motor Acceptance, ) | |
| One Main Financial, PNC Bank, PRA ) | |
| Receivables, PA Dept. of Revenue, ) | |
| Peoples Natural Gas, Quantum3 Group, ) | |
| RoundPoint Mortgage, Sears, Synchrony ) | |
| Bank, TD Bank, Target, and ) | |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
|    Respondents ) | |

**CONSENT ORDER RESOLVING TRUSTEE'S OBJECTION TO MOTION TO APPROVE THE DEBTOR TO OBTAIN CREDIT CARD FOR WORK-RELATED TRAVEL EXPENSES**

WHEREAS, Movant filed a Motion to Approve the Debtor to Obtain Credit Card for Work-Related Travel Expenses. The Trustee was the only respondent to file a response to the Motion by the response deadline and the parties have agreed to the following resolution;

AND NOW, to wit, this 24th day of May, 2019, it is hereby ORDERED, ADJUDGED, and DECREED that Debtor is authorized to obtain a credit card to be used solely for work-related travel. For the months in which the card is used, Debtor shall submit to the Trustee's office by the 15th of each month a report disclosing the charges incurred on the card in the prior calendar month, the payments made on the card in the prior calendar month, the amount of any reimbursement check received from her employer during that period and whether there are any unreimbursed charges on the card.

It is FURTHER ORDERED that the hearing scheduled for Wednesday, May 29, 2019, at 11:00 AM in Courtroom D, Pittsburgh, **IS CANCELLED**.

| | |
|---|---|
| May 23, 2019<br>DATE | /s/Lauren M. Lamb<br>Lauren M. Lamb, Esquire<br>Attorney for the Debtors<br>STEIDL & STEINBERG<br>Suite 2830 – Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA  15219<br>(412) 391-8000<br>PA I. D. No. 209201<br>llamb@steidl-steinberg.com |
| May 23, 2019<br>DATE | /s/ Jana S. Pail<br>Jana S. Pail, Esquire<br>Attorney for Chapter 13 Trustee<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>412-471-5566<br>PA I.D. No. 88910 |

It is **SO ORDERED** this 24th day of May, 2019.

Hon. Jeffery A. Deller          mas
United States Bankruptcy Judge

FILED
5/24/19 2:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court<br>Western District of Pennsylvania

```
In re:                                                              Case No. 19-20606-JAD
Frank R. Skrajny                                                    Chapter 13
Janet E. Owad-Skrajny
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: lfin              Page 1 of 1                  Date Rcvd: May 24, 2019
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2019.
db/jdb         +Frank R. Skrajny,    Janet E. Owad-Skrajny,    1108 Queens Mill Road,    Aliquippa, PA 15001-4542

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Lauren M. Lamb    on behalf of Debtor Frank R. Skrajny
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Lauren M. Lamb    on behalf of Plaintiff Frank R. Skrajny
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Lauren M. Lamb    on behalf of Joint Debtor Janet E. Owad-Skrajny
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Lauren M. Lamb    on behalf of Plaintiff Janet E. Owad-Skrajny
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                               TOTAL: 9