IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | **DEFAULT O/E JAD** |
| Frank R. Skrajny | Bankruptcy No. 19-20606 JAD |
| Janet E. Owad-Skrajny, | |
| Debtors | Chapter 13 |
| | Related To Doc. No. 33 |
| Frank R. Skrajny | |
| Janet E. Owad-Skrajny, | |
| Movants | |
| vs. | |
| Cavalry SPV II, LLC as assignee of Providian National Bank, | |
| Respondent | |

## ORDER OF COURT

AND NOW, to wit, this ___30th___ day of ___My___, 2019, it is hereby ORDERED, ADJUDGED, and DECREED, that Respondent's proof of claim number 1 is stricken.

_____
JEFFERY A. DELLER
U.S. Bankruptcy Judge

CASE ADMINISTGRATOR SHALL SERVE:
Lauren M. Lamb, Esquire

FILED
5/30/19 3:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Frank R. Skrajny
Janet E. Owad-Skrajny
    Debtors

Case No. 19-20606-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: May 30, 2019
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2019.
db/jdb        +Frank R. Skrajny,    Janet E. Owad-Skrajny,    1108 Queens Mill Road,    Aliquippa, PA 15001-4542

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2019 at the address(es) listed below:
         James Warmbrodt    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com
         Lauren M. Lamb    on behalf of Debtor Frank R. Skrajny julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
         Lauren M. Lamb    on behalf of Plaintiff Frank R. Skrajny julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
         Lauren M. Lamb    on behalf of Joint Debtor Janet E. Owad-Skrajny julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
         Lauren M. Lamb    on behalf of Plaintiff Janet E. Owad-Skrajny julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                                       TOTAL: 9