IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | **DEFAULT O/E JAD** |
| | ) | |
| Frank R. Skrajny | ) | Bankruptcy No. 19-20606-JAD |
| Janet E. Owad-Skrajny, | ) | |
| Debtors | ) | Chapter 13 |
| | ) | |
| | ) | Related To Doc. No. 35 |
| | ) | |
| Frank R. Skrajny | ) | |
| Janet E. Owad-Skrajny, | ) | |
| Movants | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Cavalry Investments, LLC as assignee | ) | |
| of Americredit, | ) | |
| Respondent | ) | |

## ORDER OF COURT

AND NOW, to wit, this __30th__ day of __MS__, 2019, it is hereby ORDERED, ADJUDGED, and DECREED, that Respondent's proof of claim number 2 is stricken.

_____
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

CASE ADMINISTRATOR SHALL SERVE:
Lauren M. Lamb, Esquire
Ronda J. Winnecour, Esquire

FILED
5/30/19 3:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Frank R. Skrajny  
Janet E. Owad-Skrajny  
    Debtors

Case No. 19-20606-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: lfin     Page 1 of 1     Date Rcvd: May 30, 2019  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2019.  
db/jdb        +Frank R. Skrajny,    Janet E. Owad-Skrajny,    1108 Queens Mill Road,    Aliquippa, PA 15001-4542

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2019 at the address(es) listed below:  
      James Warmbrodt    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation  
       bkgroup@kmllawgroup.com  
      Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,  
       jbluemle@bernsteinlaw.com  
      Lauren M. Lamb    on behalf of Debtor Frank R. Skrajny  
       julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
      Lauren M. Lamb    on behalf of Plaintiff Frank R. Skrajny  
       julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
      Lauren M. Lamb    on behalf of Joint Debtor Janet E. Owad-Skrajny  
       julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
      Lauren M. Lamb    on behalf of Plaintiff Janet E. Owad-Skrajny  
       julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
       srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                         TOTAL: 9