Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Frank R. Skrajny
Janet E. Owad–Skrajny**
   Debtor(s)

Bankruptcy Case No.: 19–20606–JAD
Issued Per Aug. 29, 2019 Proceeding
Chapter: 13
Docket No.: 51 – 5, 30
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated February 18, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☐ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $ as of . Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Roundpoint Mortgage Servicing Group at Claim No. 17 with payment changes implemented .

☑ H. Additional Terms: The claim of ONEMAIN (Claim No. 4) shall be paid per consent order dated May 23, 2019.
Attorney fees are to be based on retain of $600.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**     After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**     Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**     Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**     Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**     The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**     In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: September 3, 2019

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Frank R. Skrajny
Janet E. Owad-Skrajny
    Debtors

Case No. 19-20606-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: jhel      Page 1 of 3      Date Rcvd: Sep 03, 2019
     Form ID: 149      Total Noticed: 71

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2019.

```
db/jdb         +Frank R. Skrajny,    Janet E. Owad-Skrajny,    1108 Queens Mill Road,    Aliquippa, PA 15001-4542
15025190        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14995986       +Amex,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
14995983       +Amex,    P.o. Box 981537,    El Paso, TX 79998-1537
14995989      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
14995990       +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
15030912       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
15032711        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
15025797       +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
14996002       +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
14995999       +Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
14996005        Citi,    P.O. Box 183067,    Columbus, OH 43218-3067
14996006       +Citi/Sears,    Po Box 6217,    Sioux Falls, SD 57117-6217
14996007       +Citi/Sears,    Citibank/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14996008       +Citibank/The Home Depot,    Po Box 6497,    Sioux Falls, SD 57117-6497
14996009       +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
14996016       +Costco Go Anywhere Citicard,    Po Box 6190,    Sioux Falls, SD 57117-6190
14996017       +Costco Go Anywhere Citicard,    Citicorp Credit Services/Centralized Ban,    Po Box 790040,
                 St. Louis, MO 63179-0040
14996021       +Embrace Home Loans,    PO Box 8068,    Virginia Beach, VA 23450-8068
14996027       +Nissan Motor Acceptance,    PO Box 742658,    Cincinnati, OH 45274-2658
14998495        Nissan Motor Acceptance,    POB 660366,    Dallas, TX  75266-0366
15042004       +PNC BANK, N.A.,    P.O. BOX 94982,    CLEVELAND, OH 44101-4982
14996029       +PNC Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
14996030       +PNC Bank,    Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
15006358       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
15034321       +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd Buildings 6&8,
                 Charlotte, NC 28217-1932
14996031       +Sears,    PO Box 6189,    Sioux Falls, SD 57117-6189
14996044        Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
14996042       +Target,    Po Box 673,    Minneapolis, MN 55440-0673
14996043       +Target,    PO Box 660170,    Dallas, TX 75266-0170
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr             +E-mail/Text: kburkley@bernsteinlaw.com Sep 04 2019 03:34:15      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 04 2019 03:39:19
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14995982        E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2019 03:39:13      Amazon,    c/o Synchrony Bank,
                 PO Box 965036,    Orlando, FL 32896-5036
14995991        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 04 2019 03:38:46      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
14995994       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 04 2019 03:39:16      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
15028902        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 04 2019 03:39:17
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
14995997       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 04 2019 03:38:17      Capital One Na,
                 Po Box 26625,    Richmond, VA 23261-6625
14995998       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 04 2019 03:39:17      Capital One Na,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14997366       +E-mail/Text: bankruptcy@cavps.com Sep 04 2019 03:34:00      Cavalry Investments, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14996793       +E-mail/Text: bankruptcy@cavps.com Sep 04 2019 03:34:00      Cavalry SPV II, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14996011       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 04 2019 03:33:15      Comenity Bank/kingsize,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
14996010       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 04 2019 03:33:15      Comenity Bank/kingsize,
                 Po Box 182789,    Columbus, OH 43218-2789
14996014       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 04 2019 03:33:15      Comenitycapital/boscov,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14996012       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 04 2019 03:33:15      Comenitycapital/boscov,
                 Po Box 182120,    Columbus, OH 43218-2120
14996019       +E-mail/PDF: pa_dc_ed@navient.com Sep 04 2019 03:38:21      Dept of Ed / Navient,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
```

```
District/off: 0315-2           User: jhel                   Page 2 of 3                   Date Rcvd: Sep 03, 2019
                               Form ID: 149                 Total Noticed: 71


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14996020      +E-mail/PDF: pa_dc_ed@navient.com Sep 04 2019 03:39:21      Dept of Ed / Navient,
                Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
14996022      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 04 2019 03:33:16       King Size,
                P.O. Box 659728,    San Antonio, TX 78265-9728
14996024      +E-mail/Text: bncnotices@becket-lee.com Sep 04 2019 03:32:57       Kohls/Capital One,
                Kohls Credit,    Po Box 3120,   Milwaukee, WI 53201-3120
14996023      +E-mail/Text: bncnotices@becket-lee.com Sep 04 2019 03:32:57       Kohls/Capital One,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
15038405       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 04 2019 03:38:23       LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
15029377       E-mail/Text: bkr@cardworks.com Sep 04 2019 03:32:42      MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
14996026      +E-mail/Text: bkr@cardworks.com Sep 04 2019 03:32:42      Merrick Bank/CardWorks,
                Attn: Bankruptcy,    Po Box 9201,   Old Bethpage, NY 11804-9001
14996025      +E-mail/Text: bkr@cardworks.com Sep 04 2019 03:32:42      Merrick Bank/CardWorks,
                10705 S Jordan Gateway,    South Jordan, UT 84095-3977
15044423       E-mail/PDF: pa_dc_claims@navient.com Sep 04 2019 03:38:21
                Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
                Wilkes-Barre, PA 18773-9635
14996028       E-mail/PDF: cbp@onemainfinancial.com Sep 04 2019 03:38:37       One Main Financial,
                P.O. Box 183172,    Columbus, OH 43218-3172
15004823      +E-mail/PDF: cbp@onemainfinancial.com Sep 04 2019 03:38:38       OneMain,    PO Box 3251,
                Evansville, IN 47731-3251
15036001       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 04 2019 03:49:57
                Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
15037600       E-mail/Text: bnc-quantum@quantum3group.com Sep 04 2019 03:33:20
                Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,    Kirkland, WA  98083-0788
15037601       E-mail/Text: bnc-quantum@quantum3group.com Sep 04 2019 03:33:21
                Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                Kirkland, WA  98083-0788
14996032      +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2019 03:38:12       Syncb/hhgreg,    C/o Po Box 965036,
                Orlando, FL 32896-0001
14996033      +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2019 03:38:12       Syncb/hhgreg,    Attn: Bankruptcy,
                Po Box 965060,    Orlando, FL 32896-5060
14996543      +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2019 03:38:12       Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14996035      +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2019 03:38:12       Synchrony Bank/ JC Penneys,
                Attn:  Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
14996034      +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2019 03:39:13       Synchrony Bank/ JC Penneys,
                Po Box 965007,    Orlando, FL 32896-5007
14996037      +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2019 03:38:12       Synchrony Bank/Gap,
                Attn:  Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
14996036      +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2019 03:38:12       Synchrony Bank/Gap,
                Po Box 965005,    Orlando, FL 32896-5005
14996039      +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2019 03:38:12       Synchrony Bank/QVC,
                Attn:  Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
14996038      +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2019 03:38:12       Synchrony Bank/QVC,
                Po Box 965018,    Orlando, FL 32896-5018
14996041      +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2019 03:38:13       Synchrony Bank/Walmart,
                Attn:  Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
14996040      +E-mail/PDF: gecsedi@recoverycorp.com Sep 04 2019 03:38:42       Synchrony Bank/Walmart,
                Po Box 965024,    Orlando, FL 32896-5024
15042536      +E-mail/Text: bncmail@w-legal.com Sep 04 2019 03:33:53      TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                               TOTAL: 41

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              RoundPoint Mortgage Servicing Corporation
14996018        Daughter
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14995987*      +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
14995988*      +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
14995984*      +Amex,   P.o. Box 981537,    El Paso, TX 79998-1537
14995985*      +Amex,   P.o. Box 981537,    El Paso, TX 79998-1537
14995992*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,     15000 Capital One Dr,   Richmond, VA 23238)
14995993*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,     15000 Capital One Dr,   Richmond, VA 23238)
14995995*      +Capital One,    Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
14995996*      +Capital One,    Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
14996003*      +Chase Card Services,    Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850-5298
14996004*      +Chase Card Services,    Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850-5298
14996000*      +Chase Card Services,    Po Box 15298,   Wilmington, DE 19850-5298
14996001*      +Chase Card Services,    Po Box 15298,   Wilmington, DE 19850-5298
14996015*      +Comenitycapital/boscov,    Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14996013*      +Comenitycapital/boscov,    Po Box 182120,    Columbus, OH 43218-2120
                                                                                    TOTALS: 2, * 15, ## 0
```

```
District/off: 0315-2           User: jhel              Page 3 of 3               Date Rcvd: Sep 03, 2019
                               Form ID: 149            Total Noticed: 71
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2019 at the address(es) listed below:

```
          James    Warmbrodt     on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
           bkgroup@kmllawgroup.com
          Keri P. Ebeck     on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Lauren M. Lamb     on behalf of Plaintiff Frank R. Skrajny
           julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
           teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
           dl-steinberg.com
          Lauren M. Lamb     on behalf of Joint Debtor Janet E. Owad-Skrajny
           julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
           teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
           dl-steinberg.com
          Lauren M. Lamb     on behalf of Plaintiff Janet E. Owad-Skrajny
           julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
           teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
           dl-steinberg.com
          Lauren M. Lamb     on behalf of Debtor Frank R. Skrajny
           julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
           teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
           dl-steinberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace     on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 9
```