IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/16/19 1:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Frank R. Skrajny ) | Bankruptcy No. 19-20606 JAD |
| Janet E. Owad-Skrajny, ) | |
|    Debtors ) | Chapter 13 |
| ) | |
| Frank R. Skrajny ) | Related to Doc. No. 54 |
| Janet E. Owad-Skrajny, ) | |
|    Movant ) | |
| ) | |
|    vs. ) | |
| ) | |
| Amazon, American Express, Amex, ) | |
| Bank of America, Capital One, ) | |
| Cavalry Investments, Chase Bank, Citi, ) | |
| Comenity Bank, Costco, Navient, ) | |
| Duquesne Light, Embrace Loans, King ) | |
| Size, Kohls, LVNV Funding, Merrick ) | |
| Bank, Nissan Motor Acceptance, ) | |
| One Main Financial, PNC Bank, PRA ) | |
| Receivables, PA Dept. of Revenue, ) | |
| Peoples Natural Gas, Quantum3 Group, ) | |
| RoundPoint Mortgage, Sears, Synchrony ) | |
| Bank, TD Bank, Target, and ) | |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
|    Respondents ) | |

## CONSENT ORDER BETWEEN DEBTORS AND CHAPTER 13 TRUSTEE REGARDING MOTION TO APPROVE THE DEBTORS TO OBTAIN CREDIT CARD

AND NOW come the debtors, Frank Skrajny and Janet Owad- Skrajny by and through their attorney, Lauren M. Lamb and Steidl and Steinberg, and respectfully represents as follows:

1. This case was commenced on February 18, 2019 when the debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. Three tires on the Debtors' Dodge Caravan need replaced.

3. Debtors do not have the money to replace the tires and pay out of pocket for new ones.

4. Debtors would like to purchase the new tires on a Firestone credit card and charge up to $700.00.

5. Debtors warrant that they have sufficient income after plan payments and other living expenses to make the credit card payments and there will be no reduction in plan payments as a result of this financing.

6. Debtors will file a report of financing to show the total amount put on the card.

7. Debtors will use the card for no other purposes without prior Court authorization.

8. The Office of the Chapter 13 Trustee does not oppose the debtors moving forward with obtaining a credit card to pay for new tires.

9. Debtors are permitted to pay this loan outside of the Plan. Therefore, no amended Plan will be necessary.

WHEREFORE, the Debtors, Frank Skrajny and Janet Owad-Skrajny, respectfully request this Honorable Court approve them to use a credit card for no more than $700.00 for the purchase of new tires for their Dodge Caravan.

Respectfully Submitted,

December 9, 2019
DATE

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtors
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street Pittsburgh,
PA 15219 (412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com

December 13, 2019
DATE

/s/ Jana S. Pail
Jana S. Pail, Esquire
Attorney for Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
412-471-5566
PA I.D. No. 88910

IT IS SO ORDERED.

JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                                Case No. 19-20606-JAD
Frank R. Skrajny                                                      Chapter 13
Janet E. Owad-Skrajny
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: lfin               Page 1 of 1              Date Rcvd: Dec 16, 2019
                               Form ID: pdf900          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 18, 2019.
db/jdb         +Frank R. Skrajny,    Janet E. Owad-Skrajny,    1108 Queens Mill Road,    Aliquippa, PA 15001-4542

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 16, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    RoundPoint Mortgage Servicing Corporation
               bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Lauren M. Lamb    on behalf of Debtor Frank R. Skrajny
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Lauren M. Lamb    on behalf of Plaintiff Frank R. Skrajny
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Lauren M. Lamb    on behalf of Joint Debtor Janet E. Owad-Skrajny
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Lauren M. Lamb    on behalf of Plaintiff Janet E. Owad-Skrajny
               julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@s
               teidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 9