IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Frank R. Skrajny | ) | |
| Janet E. Owad-Skrajny, | ) | Case No. 19-20606 JAD |
| | ) | Chapter 13 |
| Social Security No. XXX-XX-4978 | ) | |
| | ) | |
| Debtor(s) | ) | Document No. WO-1 |
| | ) | |
| Janet E. Owad-Skrajny, | ) | |
| | ) | |
| Movant | ) | Related to Docket No. 66 |
| | ) | |
| vs. | ) | |
| | ) | |
| Life Insurance Company of North America | ) | |
| and Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| Respondent(s) | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on June 4, 2021, a true and correct copy of the *Order to Pay Trustee* was served by email, upon the following persons and parties:

Life Insurance of America
free_mondesire@newyorklife.com

| | |
|---|---|
| Date of Service: June 4, 2021 | /s/ Lauren M. Lamb |
| | Lauren M. Lamb, Esquire |
| | Attorney for the Debtor |
| | STEIDL & STEINBERG |
| | Suite 2830, Gulf Tower |
| | 707 Grant Street |
| | Pittsburgh, PA 15219 |
| | (412) 391-8000 |
| | Llamb@steidl-steinberg.com |
| | PA I.D. No. 209201 |