FILED
7/30/21 11:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | | |
|---|---|---|
| **Frank R. Skrajny** | ) | Case No. 19-20606-JAD |
| **Janet E. Owad-Skrajny,** | ) | |
| | ) | Chapter 13 |
| **Debtor(s).** | ) | |
| | ) | Related To ECF Nos. 70, 5 |
| | ) | |
| _____X | | |

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ☐ a motion to dismiss case or certificate of default requesting dismissal

- ☒ a plan modification sought by: Debtors to provide funding for the Notice of Mortgage Payment Change.

- ☐ a motion to lift stay
   as to creditor _____

- ☐ Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

   X  Chapter 13 Plan dated February 18, 2019
   ___ Amended Chapter 13 Plan dated _____

is modified as follows:

--

**[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]**

☒ Debtor(s) Plan payments shall be changed from $2400.000 to $2615.00 effective August 2021.         .

☐ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐ Debtor(s) shall file and serve _____ on or before _____.

☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

Other: 1. Freedom Mortgage Corporation will be paid $1,518.88 per month effective September 2021 as per the Notice of Mortgage Payment Change dated July 23, 2021.

2. Attorneys fees have been increased an additional $1,000.00 to a total of $4,400.00 be paid under the Chapter 13 Plan. Additional fees will be sought through a fee application to be filed and approved before any additional amount will be paid through the plan, and this plan contains sufficient funding to pay that additional amount, without diminishing the amounts required to be paid under

--

this plan to holders of allowed unsecured claims.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

--

**SO ORDERED**, this <u>30th</u> day of <u>July</u>, 2021.

                                              Jeffery A. Deller
                                              United States Bankruptcy Judge

Dated: <u>July 30, 2021</u>

| Stipulated by: | Stipulated by: |
| --- | --- |
| /s/ Lauren M. Lamb | /s/ Owen Katz |
| Counsel to Debtor | Counsel to Chapter 13 Trustee |

cc:  All Parties in Interest to be served by Clerk

--

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20606-JAD |
| Frank R. Skrajny | Chapter 13 |
| Janet E. Owad-Skrajny | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: msch | Page 1 of 5 |
| Date Rcvd: Jul 30, 2021 | Form ID: pdf900 | Total Noticed: 72 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank R. Skrajny, Janet E. Owad-Skrajny, 1108 Queens Mill Road, Aliquippa, PA 15001-4542 |
| 15025190 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14995986 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14995983 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14995989 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 14995990 | + | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15030912 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15032711 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15025797 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14996005 | | Citi, P.O. Box 183067, Columbus, OH 43218-3067 |
| 14996016 | + | Costco Go Anywhere Citicard, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 14996017 | + | Costco Go Anywhere Citicard, Citicorp Credit Services/Centralized Ban, Po Box 790040, St. Louis, MO 63179-0040 |
| 14996021 | + | Embrace Home Loans, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 15323565 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14996027 | + | Nissan Motor Acceptance, PO Box 742658, Cincinnati, OH 45274-2658 |
| 14998495 | | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 15006358 | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15034321 | + | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd Buildings 6&8, Charlotte, NC 28217-1932 |
| 14996044 | | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14996042 | + | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14996043 | + | Target, PO Box 660170, Dallas, TX 75266-0170 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jul 30 2021 23:03:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jul 30 2021 23:05:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14995982 | | Email/PDF: gecsedi@recoverycorp.com | Jul 30 2021 23:05:52 | Amazon, c/o Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 14995991 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 30 2021 23:05:41 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14995994 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 30 2021 23:05:52 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15028902 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 30 2021 23:05:52 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14995998 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | | |

Case 19-20606-JAD   Doc 72   Filed 08/01/21   Entered 08/02/21 00:31:36   Desc Imaged
                              Certificate of Notice   Page 6 of 9

| | | |
|---|---|---|
| District/off: 0315-2 | User: msch | Page 2 of 5 |
| Date Rcvd: Jul 30, 2021 | Form ID: pdf900 | Total Noticed: 72 |

| | | | |
|---|---|---|---|
| | | Jul 30 2021 23:05:52 | Capital One Na, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14995997 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 30 2021 23:06:02 | Capital One Na, Po Box 26625, Richmond, VA 23261-6625 |
| 14997366 | + Email/Text: bankruptcy@cavps.com | Jul 30 2021 23:03:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14996793 | + Email/Text: bankruptcy@cavps.com | Jul 30 2021 23:03:00 | Cavalry SPV II, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14996006 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2021 23:05:43 | Citi/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14996007 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2021 23:05:54 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14996009 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2021 23:06:04 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14996008 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2021 23:06:04 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14996011 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 30 2021 23:03:00 | Comenity Bank/kingsize, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14996010 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 30 2021 23:03:00 | Comenity Bank/kingsize, Po Box 182789, Columbus, OH 43218-2789 |
| 14996012 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 30 2021 23:03:00 | Comenitycapital/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14996014 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 30 2021 23:03:00 | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14996019 | + Email/PDF: pa_dc_ed@navient.com | Jul 30 2021 23:22:03 | Dept of Ed / Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14996020 | + Email/PDF: pa_dc_ed@navient.com | Jul 30 2021 23:22:05 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14996002 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 30 2021 23:06:02 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14995999 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 30 2021 23:06:02 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 14996022 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 30 2021 23:03:00 | King Size, P.O. Box 659728, San Antonio, TX 78265-9728 |
| 14996023 | + Email/Text: PBNCNotifications@peritusservices.com | Jul 30 2021 23:03:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14996024 | + Email/Text: PBNCNotifications@peritusservices.com | Jul 30 2021 23:03:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15038405 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 30 2021 23:05:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15029377 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 30 2021 23:05:52 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14996025 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 30 2021 23:05:41 | Merrick Bank/CardWorks, 10705 S Jordan Gateway, South Jordan, UT 84095-3977 |
| 14996026 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 30 2021 23:05:52 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15044423 | Email/PDF: pa_dc_claims@navient.com | Jul 30 2021 23:22:08 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14996028 | Email/PDF: cbp@onemainfinancial.com | | |

Case 19-20606-JAD    Doc 72    Filed 08/01/21    Entered 08/02/21 00:31:36    Desc Imaged
Certificate of Notice    Page 7 of 9

| District/off: 0315-2 | User: msch | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jul 30, 2021 | Form ID: pdf900 | Total Noticed: 72 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15004823 | + | Email/PDF: cbp@onemainfinancial.com | Jul 30 2021 23:05:39 | One Main Financial, P.O. Box 183172, Columbus, OH 43218-3172 |
| 15042004 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 30 2021 23:05:51 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 14996030 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 30 2021 23:03:00 | PNC BANK, N.A., P.O. BOX 94982, CLEVELAND, OH 44101 |
| 14996029 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 30 2021 23:03:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 15036001 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 30 2021 23:03:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15037600 | | Email/Text: bnc-quantum@quantum3group.com | Jul 30 2021 23:05:53 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15037601 | | Email/Text: bnc-quantum@quantum3group.com | Jul 30 2021 23:03:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14996031 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 30 2021 23:03:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14996032 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 30 2021 23:05:43 | Sears, PO Box 6189, Sioux Falls, SD 57117-6189 |
| 14996033 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 30 2021 23:05:41 | Syncb/hhgreg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14996543 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 30 2021 23:05:52 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14996035 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 30 2021 23:06:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14996034 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 30 2021 23:05:52 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14996036 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 30 2021 23:05:42 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 14996037 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 30 2021 23:05:41 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 14996038 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 30 2021 23:06:02 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14996039 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 30 2021 23:05:41 | Synchrony Bank/QVC, Po Box 965018, Orlando, FL 32896-5018 |
| 14996041 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 30 2021 23:06:02 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14996040 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 30 2021 23:05:41 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 15042536 | + | Email/Text: bncmail@w-legal.com | Jul 30 2021 23:05:41 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| | | | Jul 30 2021 23:03:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 51

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | RoundPoint Mortgage Servicing Corporation |
| 14996018 | | Daughter |

| | | |
|---|---|---|
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14995987 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14995988 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14995984 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14995985 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14995992 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14995993 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14995995 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14995996 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14996013 | *+ | Comenitycapital/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14996015 | *+ | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14996003 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14996004 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14996000 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 14996001 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |

TOTAL: 2 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2021 at the address(es) listed below:

**Name** — **Email Address**

Brian Nicholas
on behalf of Creditor RoundPoint Mortgage Servicing Corporation bnicholas@kmllawgroup.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Lauren M. Lamb
on behalf of Debtor Frank R. Skrajny
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Lauren M. Lamb
on behalf of Plaintiff Frank R. Skrajny
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Lauren M. Lamb
on behalf of Joint Debtor Janet E. Owad-Skrajny
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Lauren M. Lamb
on behalf of Plaintiff Janet E. Owad-Skrajny
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;acordell@steidl-steinberg.com;cgoga@steidl-steinberg.com;Lamb

| | | |
|---|---|---|
| District/off: 0315-2 | User: msch | Page 5 of 5 |
| Date Rcvd: Jul 30, 2021 | Form ID: pdf900 | Total Noticed: 72 |

LR53037@notify.bestcase.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 10