IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Frank R. Skrajny | ) | |
| Janet E. Owad-Skrajny, | ) | Case No. 19-20606 JAD |
| | ) | Chapter 13 |
| Social Security No. XXX-XX-4978 | ) | |
| | ) | |
| Debtor(s) | ) | Document No. WO-2 |
| | ) | |
| Janet E. Owad-Skrajny, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Life Insurance Company of North American | ) | |
| And Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| Respondent(s) | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 12, 2021, a true and correct copy of the *Amended Order to Pay Trustee* was caused to be served by US Mail, upon the following persons and parties:

Life Insurance Company of North America
Attn: Payroll Dept.
1601 Chestnut Street
Philadelphia, PA 19192

Frank Skrajny & Janet E. Owad-Skrajny
1108 Queens Mill Road
Aliquippa, PA 15001

Date of Service: August 12, 2021

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Llamb@steidl-steinberg.com
PA I.D. No. 209201