IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | **Frank R. Skrajny** | ) | Case No. 19-20606 JAD |
| | **Janet E. Owad-Skrajny** | ) | |
| | | ) | **Related to Document No. 97 & 99** |
| | **Debtor(s).** | ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on April 10, 2024, a true and correct copy of the *Order of Court* dated April 10, 2024 together with a copy of the *Certification of Counsel* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

See attached mailing matrix.

Date of Service: April 10, 2024

/s/ Lauren M Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
Suite 2830, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
Llamb@steidl-steinberg.com
PA I.D. No. 209201

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 19-20606-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Wed Apr 10 15:19:50 EDT 2024 | Duquesne Light Company<br>c/o Bernstein-Burkley, P.C.<br>707 Grant Street, Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1945 | Freedom Mortgage Corporation<br>10500 Kincaid Drive<br>Fishers, IN 46037-9764 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Peoples Natural Gas Company LLC<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 | 2<br>U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2703 |
| Amazon<br>c/o Synchrony Bank<br>PO Box 965036<br>Orlando, FL 32896-5036 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| Amex<br>P.o. Box 981537<br>El Paso, TX 79998-1537 | Bank Of America<br>4909 Savarese Circle<br>Fl1-908-01-50<br>Tampa, FL 33634-2413 | Bank Of America<br>Po Box 982238<br>El Paso, TX 79998-2238 |
| Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One Na<br>Attn: General Correspondence/Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Na<br>Po Box 26625<br>Richmond, VA 23261-6625 |
| Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Cavalry Investments, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 | Cavalry SPV II, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 |
| Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citi<br>P.O. Box 183067<br>Columbus, OH 43218-3067 |
| Citi/Sears<br>Citibank/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 | Citi/Sears<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 | Citibank/The Home Depot<br>Attn: Recovery/Centralized Bankruptcy<br>Po Box 790034<br>St Louis, MO 63179-0034 |
| Citibank/The Home Depot<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Comenity Bank/kingsize<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenity Bank/kingsize<br>Po Box 182789<br>Columbus, OH 43218-2789 |

| | | |
|---|---|---|
| Comenitycapital/boscov<br>Attn: Bankruptcy Dept<br>Po Box 182125<br>Columbus, OH 43218-2125 | Comenitycapital/boscov<br>Po Box 182120<br>Columbus, OH 43218-2120 | Costco Go Anywhere Citicard<br>Citicorp Credit Services/Centralized Ban<br>Po Box 790040<br>St. Louis, MO 63179-0040 |
| Costco Go Anywhere Citicard<br>Po Box 6190<br>Sioux Falls, SD 57117-6190 | Dept of Ed / Navient<br>Attn: Claims Dept<br>Po Box 9635<br>Wilkes Barr, PA 18773-9635 | Dept of Ed / Navient<br>Po Box 9635<br>Wilkes Barre, PA 18773-9635 |
| Embrace Home Loans<br>PO Box 8068<br>Virginia Beach, VA 23450-8068 | King Size<br>P.O. Box 659728<br>San Antonio, TX | Kohls/Capital One<br>Kohls Credit<br>Po Box 3120<br>Milwaukee, WI 53201-3120 |
| Kohls/Capital One<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-5660 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| Merrick Bank/CardWorks<br>10705 S Jordan Gateway<br>South Jordan, UT 84095-3977 | Merrick Bank/CardWorks<br>Attn: Bankruptcy<br>Po Box 9201<br>Old Bethpage, NY 11804-9001 | Navient Solutions, LLC. on behalf of<br>Department of Education Loan Services<br>PO BOX 9635<br>Wilkes-Barre, PA 18773-9635 |
| Nissan Motor Acceptance<br>PO Box 742658<br>Cincinnati, OH 45274-2658 | Nissan Motor Acceptance<br>POB 660366<br>Dallas, TX 75266-0366 | Office of the United States Trustee<br>1000 Liberty Avenue<br>Suite 1316<br>Pittsburgh, PA 15222-4013 |
| One Main Financial<br>P.O. Box 183172<br>Columbus, OH 43218-3172 | OneMain<br>PO Box 3251<br>Evansville, IN 47731-3251 | (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| RoundPoint Mortgage Servicing Corporation<br>5016 Parkway Plaza Blvd Buildings 6&8<br>Charlotte, NC 28217-1932 | Sears<br>PO Box 6189<br>Sioux Falls, SD 57117-6189 | Syncb/hhgreg<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Syncb/hhgreg<br>C/o Po Box 965036<br>Orlando, FL 32896-0001 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/ JC Penneys<br>Attn:  Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |

| | | |
|---|---|---|
| Synchrony Bank/ JC Penneys<br>Po Box 965007<br>Orlando, FL 32896-5007 | Synchrony Bank/Gap<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Gap<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Synchrony Bank/QVC<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/QVC<br>Po Box 965018<br>Orlando, FL 32896-5018 | Synchrony Bank/Walmart<br>Attn: Bankruptcy Dept<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Synchrony Bank/Walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Target<br>PO Box 660170<br>Dallas, TX 75266-0170 |
| Target<br>Po Box 673<br>Minneapolis, MN 55440-0673 | Target<br>Target Card Services<br>Mail Stop NCB-0461<br>Minneapolis, MN 55440 | Frank R. Skrajny<br>1108 Queens Mill Road<br>Aliquippa, PA 15001-4542 |
| Janet E. Owad-Skrajny<br>1108 Queens Mill Road<br>Aliquippa, PA 15001-4542 | Lauren M. Lamb<br>Steidl & Steinberg, P.C.<br>707 Grant Street<br>Suite 2830<br>Pittsburgh, PA 15219-1932 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Capital One<br>15000 Capital One Dr<br>Richmond, VA 23238 | Chase Card Services<br>Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850 | (d)Chase Card Services<br>Po Box 15298<br>Wilmington, DE 19850 |
| PNC BANK, N.A.<br>P.O. BOX 94982<br>CLEVELAND, OH 44101 | (d)PNC Bank<br>Attn: Bankruptcy Department<br>Po Box 94982: Mailstop Br-Yb58-01-5<br>Cleveland, OH 44101 | (d)PNC Bank<br>Po Box 3180<br>Pittsburgh, PA 15230 |
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)RoundPoint Mortgage Servicing Corporation     (u)Daughter                          (d)Freedom Mortgage Corporation
                                                                                      10500 Kincaid Drive
                                                                                      Fishers, IN 46037-9764


(d)Peoples Natural Gas Company LLC               End of Label Matrix
c/o S. James Wallace, P.C.                       Mailable recipients    74
845 N. Lincoln Avenue                            Bypassed recipients     4
Pittsburgh, PA 15233-1828                        Total                  78
```