IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Frank R. Skrajny and | ) | Bankruptcy No. 19-20606 JAD |
| Janet E. Owad-Skrajny, | ) | Chapter 13 |
|     Debtors | ) | Related to Document No(s). 99 & 97 |
| | ) | |
| Frank R. Skrajny and | ) | Hearing Date and Time: |
| Janet E. Owad-Skrajny, | ) | May 14, 2024 at 10:00AM |
|     Movants | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| No  Respondent(s) | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING ORDER SETTING DATE CERTAIN FOR RESPONSE AND HEARING ON MOTION

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Order Setting Date Certain for Response and Hearing on Motion filed on April 10, 2024 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Order Setting Date Certain for Response and Hearing on Motion appears thereon.  Pursuant to the Notice of Hearing, objections for Order Setting Date Certain for Response and Hearing on Motion were to be filed and served no later than May 6, 2024.

    It is hereby respectfully requested that the Order attached to the Order Setting Date Certain for Response and Hearing on Motion be entered by the Court.

    Respectfully submitted,

May 7, 2024      /s/Lauren M. Lamb
Date:      Lauren M. Lamb, Esquire
     Attorney for the Debtors
     STEIDL & STEINBERG
     2830 Gulf Tower
     707 Grant Street
     Pittsburgh, PA  15219
     (412) 391-8000
     PA I. D. No.  209201
     llamb@steidl-steinberg.com