IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Frank R. Skrajny<br>Janet E. Owad- Skrajny<br>    Debtor<br><br>Steidl and Steinberg, P.C.<br>    Applicant<br><br>vs.<br><br>Ronda J. Winnecour, Trustee,<br>    Respondents | Case No. 19-20606 JAD<br><br>Chapter 13<br>Related to ECF No. 97<br><br>**DEFAULT O/E JAD** |

### ORDER OF COURT

AND NOW, to-wit this 9th day of May, 2024, it is hereby ORDERED, ADJUDGED and DECREED that:

1. Additional Counsel Fees are hereby approved in the amount of $1,000.00 for services performed by Counsel for the Debtor for the period of December 14, 2018, to April 4, 2024;

2. The total amount of compensation, including the no-look fee, the amount set forth in paragraph 1, above, and all other approved applications in this case amounts to $5,000.00 in fees and $500.00 in costs.

3. A total of $1,000 in compensation remains due as provided for as part of the Stipulated Order Modifying Plan entered on July 30, 2021, at docket number 71.

4. The total compensation due set forth in Paragraph 3 may only be paid through the Chapter 13 Plan ("plan") if payment of the fees does not decrease the percentage or amount to be paid to the other creditors through the Plan.

5. If the Trustee has funds on hand after the goals of the Plan are achieved the Trustee shall make payments to the Movant of the amount stated in Paragraph 3, otherwise, Debtor must amend the Plan within 14 days from the date of this Order:

BY THE COURT:

FILED
5/9/24 1:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA



Jeffery A. Deller    jah
United States Bankruptcy Judge

/s/ Ronda Winnecour
Ronda Winnecour, Esquire
Chapter 13 Trustee

/s/ Lauren M. Lamb
Lauren M. Lamb, Esquire
Attorney for the Debtor

Case 19-20606-JAD    Doc 103    Filed 05/11/24    Entered 05/12/24 00:25:43    Desc
Imaged Certificate of Notice    Page 2 of 4

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20606-JAD |
| Frank R. Skrajny | Chapter 13 |
| Janet E. Owad-Skrajny | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 09, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank R. Skrajny, Janet E. Owad-Skrajny, 1108 Queens Mill Road, Aliquippa, PA 15001-4542 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor RoundPoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com |
| | btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Lauren M. Lamb | |
| | on behalf of Debtor Frank R. Skrajny |
| | julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Lauren M. Lamb | |
| | on behalf of Plaintiff Frank R. Skrajny |
| | julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com; rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |

District/off: 0315-2      User: auto      Page 2 of 2

Date Rcvd: May 09, 2024      Form ID: pdf900      Total Noticed: 1

Lauren M. Lamb
on behalf of Joint Debtor Janet E. Owad-Skrajny
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Lauren M. Lamb
on behalf of Plaintiff Janet E. Owad-Skrajny
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Mario J. Hanyon
on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 10