**Form 408**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Frank R. Skrajny**
**Janet E. Owad−Skrajny**
Debtor(s)

Bankruptcy Case No.: 19−20606−JAD

Chapter: 13
Docket No.: 107 − 106

### ORDER SETTING DATE CERTAIN
### FOR RESPONSE AND HEARING ON MOTION

   **AND NOW,** this The 27th of June, 2024, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

   1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 8/26/24.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

   2. Said Motion is scheduled for hearing on **9/3/24 at 10:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

   3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

   4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

   5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **8/26/24.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20606-JAD |
| Frank R. Skrajny | Chapter 13 |
| Janet E. Owad-Skrajny | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Jun 27, 2024 | Form ID: 408 | Total Noticed: 72 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank R. Skrajny, Janet E. Owad-Skrajny, 1108 Queens Mill Road, Aliquippa, PA 15001-4542 |
| 14996005 | | Citi, P.O. Box 183067, Columbus, OH 43218-3067 |
| 14996021 | + | Embrace Home Loans, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 14996022 | | King Size, P.O. Box 659728, San Antonio, TX |
| 14996027 | + | Nissan Motor Acceptance, PO Box 742658, Cincinnati, OH 45274-2658 |
| 14996543 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jun 27 2024 23:44:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2024 00:07:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14995982 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 28 2024 00:07:25 | Amazon, c/o Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 15025190 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2024 23:56:45 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14995986 | + | Email/PDF: bncnotices@becket-lee.com | Jun 27 2024 23:57:17 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14995983 | + | Email/PDF: bncnotices@becket-lee.com | Jun 27 2024 23:56:53 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14995989 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 27 2024 23:43:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14995990 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 27 2024 23:43:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15030912 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 27 2024 23:44:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14995991 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 23:56:21 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14995994 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 23:56:36 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15028902 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 23:56:21 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14995998 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| Recipient ID | Delivery Method | Date/Time | Address |
|---|---|---|---|
| | | Jun 27 2024 23:57:06 | Capital One Na, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14995997 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 23:56:46 | Capital One Na, Po Box 26625, Richmond, VA 23261-6625 |
| 15032711 | Email/PDF: bncnotices@becket-lee.com | Jun 27 2024 23:57:08 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14997366 | + Email/Text: bankruptcy@cavps.com | Jun 27 2024 23:44:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14996793 | + Email/Text: bankruptcy@cavps.com | Jun 27 2024 23:44:00 | Cavalry SPV II, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15025797 | + Email/Text: RASEBN@raslg.com | Jun 27 2024 23:43:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14996006 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 23:57:05 | Citi/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14996007 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 23:56:41 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14996009 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2024 00:07:24 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14996008 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 23:56:23 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14996011 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2024 23:44:00 | Comenity Bank/kingsize, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14996010 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2024 23:44:00 | Comenity Bank/kingsize, Po Box 182789, Columbus, OH 43218-2789 |
| 14996012 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2024 23:44:00 | Comenitycapital/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14996014 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 27 2024 23:44:00 | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14996017 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 23:56:21 | Costco Go Anywhere Citicard, Citicorp Credit Services/Centralized Ban, Po Box 790040, St. Louis, MO 63179-0040 |
| 14996016 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2024 00:07:37 | Costco Go Anywhere Citicard, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 14996019 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 27 2024 23:57:04 | Dept of Ed / Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14996020 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 27 2024 23:56:43 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 15323565 | Email/Text: Bankruptcy@Freedommortgage.com | Jun 27 2024 23:44:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14996002 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2024 23:56:47 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14995999 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 27 2024 23:56:28 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 14996023 | + Email/Text: PBNCNotifications@peritusservices.com | Jun 27 2024 23:43:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14996024 | + Email/Text: PBNCNotifications@peritusservices.com | Jun 27 2024 23:43:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15038405 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2024 23:56:43 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 19-20606-JAD   Doc 108   Filed 06/29/24   Entered 06/30/24 00:29:12   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jun 27, 2024 | Form ID: 408 | Total Noticed: 72 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15029377 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 27 2024 23:56:36 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14996025 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 27 2024 23:56:45 | Merrick Bank/CardWorks, 10705 S Jordan Gateway, South Jordan, UT 84095-3977 |
| 14996026 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 27 2024 23:57:01 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15044423 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 27 2024 23:57:05 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14998495 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 27 2024 23:44:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14996028 | | Email/PDF: cbp@omf.com | Jun 27 2024 23:57:01 | One Main Financial, P.O. Box 183172, Columbus, OH 43218-3172 |
| 15004823 | + | Email/PDF: cbp@omf.com | Jun 27 2024 23:56:19 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 15042004 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 27 2024 23:43:00 | PNC BANK, N.A., P.O. BOX 94982, CLEVELAND, OH 44101 |
| 14996030 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 27 2024 23:43:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14996029 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 27 2024 23:43:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15036001 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 23:56:53 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15006358 | + | Email/Text: ebnpeoples@grblaw.com | Jun 27 2024 23:43:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15037600 | | Email/Text: bnc-quantum@quantum3group.com | Jun 27 2024 23:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15037601 | | Email/Text: bnc-quantum@quantum3group.com | Jun 27 2024 23:44:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15034321 | ^ | MEBN | Jun 27 2024 23:40:42 | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd Buildings 6&8, Charlotte, NC 28217-1932 |
| 14996031 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 23:56:24 | Sears, PO Box 6189, Sioux Falls, SD 57117-6189 |
| 14996032 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 23:56:23 | Syncb/hhgreg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14996033 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 23:56:21 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14996543 | ^ | MEBN | Jun 27 2024 23:41:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14996035 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 23:57:19 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14996034 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 23:57:10 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 14996036 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 23:57:01 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 14996037 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 23:56:51 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14996038 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 23:56:46 | Synchrony Bank/QVC, Po Box 965018, Orlando, FL 32896-5018 |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jun 27, 2024 | Form ID: 408 | Total Noticed: 72 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14996039 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 28 2024 00:22:13 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14996041 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 23:56:21 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14996040 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 23:56:19 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15042536 | + | Email/Text: bncmail@w-legal.com | Jun 27 2024 23:44:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14996042 | + | Email/Text: bncmail@w-legal.com | Jun 27 2024 23:44:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14996044 |   | Email/Text: bncmail@w-legal.com | Jun 27 2024 23:44:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14996043 | + | Email/Text: bncmail@w-legal.com | Jun 27 2024 23:44:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |

TOTAL: 67

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |   | RoundPoint Mortgage Servicing Corporation |
| 14996018 |   | Daughter |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14995987 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14995988 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14995984 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14995985 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14995992 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14995993 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14995995 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14995996 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14996013 | *+ | Comenitycapital/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14996015 | *+ | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14996003 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14996004 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14996000 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 14996001 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |

TOTAL: 2 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 29, 2024           Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2024 at the address(es) listed below:**

**Name** | **Email Address**

Denise Carlon
  on behalf of Creditor RoundPoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com

Keri P. Ebeck
  on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
  btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lauren M. Lamb
  on behalf of Debtor Frank R. Skrajny
  julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
  rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Lauren M. Lamb
  on behalf of Plaintiff Frank R. Skrajny
  julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
  rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Lauren M. Lamb
  on behalf of Joint Debtor Janet E. Owad-Skrajny
  julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
  rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Lauren M. Lamb
  on behalf of Plaintiff Janet E. Owad-Skrajny
  julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
  rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Mario J. Hanyon
  on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com   mario.hanyon@brockandscott.com

Office of the United States Trustee
  ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
  cmecf@chapter13trusteewdpa.com

S. James Wallace
  on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com   PNGbankruptcy@peoples-gas.com


TOTAL: 10