**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>FRANK R. SKRAJNY<br>JANET E. OWAD-SKRAJNY<br>        Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>        Movant<br>       vs.<br>No Respondents. | Case No.:19-20606 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 25, 2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/18/2019 and confirmed on 3/29/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 148,829.70 |
| Less Refunds to Debtor | 2,108.03 | |
| TOTAL AMOUNT OF PLAN FUND | | 146,721.67 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,400.00 | |
|   Trustee Fee | 7,112.82 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,512.82 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORPORATION | 0.00 | 92,395.36 | 0.00 | 92,395.36 |
|     Acct: 2703 | | | | |
|   FREEDOM MORTGAGE CORPORATION | 48.64 | 48.64 | 0.00 | 48.64 |
|     Acct: 2703 | | | | |
|   ONE MAIN FINANCIAL GROUP LLC A/S/F C | 8,100.00 | 8,100.00 | 409.93 | 8,509.93 |
|     Acct: 9891 | | | | |
| | | | | 100,953.93 |
| **Priority** | | | | |
|   LAUREN M LAMB ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FRANK R. SKRAJNY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FRANK R. SKRAJNY | 516.00 | 516.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FRANK R. SKRAJNY | 1,592.03 | 1,592.03 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXX4/24 | | | | |
|   NISSAN MOTOR ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3685 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8250 | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 6,109.45 | 2,863.66 | 0.00 | 2,863.66 |
|     Acct: 1002 | | | | |
|   AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9343 | | | | |
|   AMERICAN EXPRESS NATIONAL BANK | 928.20 | 435.08 | 0.00 | 435.08 |
|     Acct: 1005 | | | | |
|   BANK OF AMERICA NA** | 2,979.58 | 1,396.61 | 0.00 | 1,396.61 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 4777 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 6,305.28 | 2,955.45 | 0.00 | 2,955.45 |
| Acct: 6243 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 4,207.60 | 1,972.22 | 0.00 | 1,972.22 |
| Acct: 6042 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 2,698.62 | 1,264.91 | 0.00 | 1,264.91 |
| Acct: 1205 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 266.30 | 124.82 | 0.00 | 124.82 |
| Acct: 2952 | | | | |
| CHASE BANK USA NA(*) | 1,631.40 | 764.69 | 0.00 | 764.69 |
| Acct: 8256 | | | | |
| CHASE BANK USA NA(*) | 568.48 | 266.46 | 0.00 | 266.46 |
| Acct: 3685 | | | | |
| CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6568 | | | | |
| LVNV FUNDING LLC | 1,336.02 | 626.23 | 0.00 | 626.23 |
| Acct: 7028 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 2,170.25 | 1,017.25 | 0.00 | 1,017.25 |
| Acct: 6647 | | | | |
| THD/CBSD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8992 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 2,067.98 | 969.31 | 0.00 | 969.31 |
| Acct: 3133 | | | | |
| QUANTUM3 GROUP LLC - AGENT COMEN | 1,654.39 | 775.46 | 0.00 | 775.46 |
| Acct: 2880 | | | | |
| QUANTUM3 GROUP LLC - AGENT COMEN | 1,169.10 | 547.99 | 0.00 | 547.99 |
| Acct: 6044 | | | | |
| COSTCO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7028 | | | | |
| NAVIENT SOLUTIONS LLC O/B/O AIDVANT | 9,384.82 | 4,398.92 | 0.00 | 4,398.92 |
| Acct: 4978 | | | | |
| KING SIZE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3133 | | | | |
| CAPITAL ONE NA** | 3,279.59 | 1,537.23 | 0.00 | 1,537.23 |
| Acct: 0660 | | | | |
| MERRICK BANK | 2,308.71 | 1,082.15 | 0.00 | 1,082.15 |
| Acct: 2040 | | | | |
| PNC BANK NA | 7,624.07 | 3,573.61 | 0.00 | 3,573.61 |
| Acct: 8363 | | | | |
| SEARS/CITI CARD USA*++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6640 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0266 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 3,929.99 | 1,842.09 | 0.00 | 1,842.09 |
| Acct: 5633 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 635.04 | 297.66 | 0.00 | 297.66 |
| Acct: 9046 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 2,182.80 | 1,023.13 | 0.00 | 1,023.13 |
| Acct: 6053 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LL( | 3,775.28 | 1,769.58 | 0.00 | 1,769.58 |
| Acct: 1157 | | | | |
| TD BANK USA NA** | 381.37 | 178.76 | 0.00 | 178.76 |
| Acct: 5730 | | | | |
| TARGET | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0335 | | | | |
| ONE MAIN FINANCIAL GROUP LLC A/S/F ( | 5,255.84 | 2,463.56 | 0.00 | 2,463.56 |
| Acct: 9891 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 230.61 | 108.09 | 0.00 | 108.09 |
| Acct: 8509 | | | | |
| CAVALRY SPV II LLC* - ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |

19-20606 JAD                                                                                         Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 4319 | | | | |
| | CAVALRY INVESTMENTS LLC - ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3518 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6053 | | | | |
| | KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 34,254.92 |

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 135,208.85 |

TOTAL CLAIMED
PRIORITY              0.00
SECURED           8,148.64
UNSECURED        73,080.77

Date: 06/25/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
FRANK R. SKRAJNY
JANET E. OWAD-SKRAJNY
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-20606 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20606-JAD |
| Frank R. Skrajny | Chapter 13 |
| Janet E. Owad-Skrajny | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Jun 27, 2024 | Form ID: pdf900 | Total Noticed: 72 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank R. Skrajny, Janet E. Owad-Skrajny, 1108 Queens Mill Road, Aliquippa, PA 15001-4542 |
| 14996005 | | Citi, P.O. Box 183067, Columbus, OH 43218-3067 |
| 14996021 | + | Embrace Home Loans, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 14996022 | | King Size, P.O. Box 659728, San Antonio, TX |
| 14996027 | + | Nissan Motor Acceptance, PO Box 742658, Cincinnati, OH 45274-2658 |
| 14996543 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Jun 27 2024 23:44:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 23:56:23 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14995982 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 23:56:35 | Amazon, c/o Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 15025190 | | Email/PDF: bncnotices@becket-lee.com | Jun 27 2024 23:57:13 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14995986 | + | Email/PDF: bncnotices@becket-lee.com | Jun 27 2024 23:57:11 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14995983 | + | Email/PDF: bncnotices@becket-lee.com | Jun 27 2024 23:56:48 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14995989 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 27 2024 23:43:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14995990 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 27 2024 23:43:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15030912 | | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 27 2024 23:44:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14995991 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 23:56:18 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14995994 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 23:57:02 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15028902 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 27 2024 23:56:21 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14995998 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

District/off: 0315-2   User: auto   Page 2 of 5
Date Rcvd: Jun 27, 2024   Form ID: pdf900   Total Noticed: 72

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jun 27 2024 23:56:51 | Capital One Na, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14995997 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com Jun 27 2024 23:56:20 | | Capital One Na, Po Box 26625, Richmond, VA 23261-6625 |
| 15032711 | | Email/PDF: bncnotices@becket-lee.com Jun 27 2024 23:56:45 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14997366 | + | Email/Text: bankruptcy@cavps.com Jun 27 2024 23:44:00 | | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14996793 | + | Email/Text: bankruptcy@cavps.com Jun 27 2024 23:44:00 | | Cavalry SPV II, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15025797 | + | Email/Text: RASEBN@raslg.com Jun 27 2024 23:43:00 | | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14996006 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Jun 27 2024 23:56:43 | | Citi/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14996007 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Jun 28 2024 00:07:35 | | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14996009 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Jun 27 2024 23:56:21 | | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14996008 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Jun 27 2024 23:56:45 | | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14996011 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 27 2024 23:44:00 | | Comenity Bank/kingsize, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14996010 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 27 2024 23:44:00 | | Comenity Bank/kingsize, Po Box 182789, Columbus, OH 43218-2789 |
| 14996012 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 27 2024 23:44:00 | | Comenitycapital/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14996014 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 27 2024 23:44:00 | | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14996017 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Jun 27 2024 23:57:13 | | Costco Go Anywhere Citicard, Citicorp Credit Services/Centralized Ban, Po Box 790040, St. Louis, MO 63179-0040 |
| 14996016 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Jun 27 2024 23:56:27 | | Costco Go Anywhere Citicard, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 14996019 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com Jun 27 2024 23:57:05 | | Dept of Ed / Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14996020 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com Jun 27 2024 23:57:08 | | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 15323565 | | Email/Text: Bankruptcy@Freedommortgage.com Jun 27 2024 23:44:00 | | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14996002 | | Email/PDF: ais.chase.ebn@aisinfo.com Jun 27 2024 23:57:01 | | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14995999 | | Email/PDF: ais.chase.ebn@aisinfo.com Jun 27 2024 23:56:17 | | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 14996023 | + | Email/Text: PBNCNotifications@peritusservices.com Jun 27 2024 23:43:00 | | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14996024 | + | Email/Text: PBNCNotifications@peritusservices.com Jun 27 2024 23:43:00 | | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15038405 | | Email/PDF: resurgentbknotifications@resurgent.com Jun 27 2024 23:56:43 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 19-20606-JAD   Doc 109   Filed 06/29/24   Entered 06/30/24 00:29:12   Desc
Imaged Certificate of Notice   Page 8 of 10

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jun 27, 2024 | Form ID: pdf900 | Total Noticed: 72 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15029377 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 27 2024 23:56:35 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14996025 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 27 2024 23:56:20 | Merrick Bank/CardWorks, 10705 S Jordan Gateway, South Jordan, UT 84095-3977 |
| 14996026 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 27 2024 23:56:47 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15044423 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 27 2024 23:56:29 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14998495 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 27 2024 23:44:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14996028 | | Email/PDF: cbp@omf.com | Jun 27 2024 23:57:03 | One Main Financial, P.O. Box 183172, Columbus, OH 43218-3172 |
| 15004823 | + | Email/PDF: cbp@omf.com | Jun 27 2024 23:56:49 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 15042004 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 27 2024 23:43:00 | PNC BANK, N.A., P.O. BOX 94982, CLEVELAND, OH 44101 |
| 14996030 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 27 2024 23:43:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14996029 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 27 2024 23:43:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15036001 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 27 2024 23:57:07 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15006358 | + | Email/Text: ebnpeoples@grblaw.com | Jun 27 2024 23:43:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15037600 | | Email/Text: bnc-quantum@quantum3group.com | Jun 27 2024 23:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15037601 | | Email/Text: bnc-quantum@quantum3group.com | Jun 27 2024 23:44:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15034321 | ^ | MEBN | Jun 27 2024 23:40:43 | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd Buildings 6&8, Charlotte, NC 28217-1932 |
| 14996031 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 27 2024 23:56:21 | Sears, PO Box 6189, Sioux Falls, SD 57117-6189 |
| 14996032 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 23:56:17 | Syncb/hhgreg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14996033 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 23:56:35 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14996543 | ^ | MEBN | Jun 27 2024 23:41:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14996035 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 23:56:44 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14996034 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 23:57:10 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 14996036 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 23:56:18 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 14996037 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 23:56:23 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14996038 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 23:57:01 | Synchrony Bank/QVC, Po Box 965018, Orlando, FL 32896-5018 |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jun 27, 2024 | Form ID: pdf900 | Total Noticed: 72 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14996039 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 23:56:45 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14996041 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 23:56:29 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14996040 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 27 2024 23:56:17 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15042536 | + | Email/Text: bncmail@w-legal.com | Jun 27 2024 23:44:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14996042 | + | Email/Text: bncmail@w-legal.com | Jun 27 2024 23:44:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14996044 |   | Email/Text: bncmail@w-legal.com | Jun 27 2024 23:44:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14996043 | + | Email/Text: bncmail@w-legal.com | Jun 27 2024 23:44:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |

TOTAL: 67

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |   | RoundPoint Mortgage Servicing Corporation |
| 14996018 |   | Daughter |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14995987 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14995988 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14995984 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14995985 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14995992 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14995993 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14995995 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14995996 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14996013 | *+ | Comenitycapital/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14996015 | *+ | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14996003 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14996004 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14996000 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 14996001 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |

TOTAL: 2 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2024 at the address(es) listed below:**

**Name** **Email Address**

Denise Carlon
on behalf of Creditor RoundPoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lauren M. Lamb
on behalf of Debtor Frank R. Skrajny
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Lauren M. Lamb
on behalf of Plaintiff Frank R. Skrajny
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Lauren M. Lamb
on behalf of Joint Debtor Janet E. Owad-Skrajny
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Lauren M. Lamb
on behalf of Plaintiff Janet E. Owad-Skrajny
julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Mario J. Hanyon
on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 10