IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Frank R. Skrajny and Janet E. Owad-Skrajny, | ) | Bankruptcy No. 19-20606 JAD |
|     Debtors | ) | Chapter 13 |
| | ) | Document No. |
| Frank R. Skrajny and Janet E. Owad-Skrajny, | ) | |
|     Movants | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| No Respondents | ) | |

### DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.
2. The Debtors are not required to pay any Domestic Support Obligation.
3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.
4. On February 26, 2019, at docket numbers 17-18, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by: Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

| | |
|---|---|
| 7/2/2024 | /s/Frank R. Skrajny |
| Date | Frank R. Skrajny |
| | |
| 7/2/2024 | /s/Janet E. Owad-Skrajny |
| Date | Janet E. Owad-Skrajny |
| | |
| 7/9/2024 | /s/ Lauren M. Lamb |
| Date | Lauren M. Lamb, Esquire |
| | Attorney for the Debtor |
| | STEIDL & STEINBERG |
| | Suite 2830, Gulf Tower |
| | 707 Grant Street |
| | Pittsburgh, PA 15219 |
| | (412) 391-8000 |
| | llamb@steidl-steinberg.com |

PA I.D. No. 209201