**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Frank R. Skrajny <br> First Name   Middle Name   Last Name | Social Security number or ITIN    xxx–xx–7103 <br> EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Janet E. Owad–Skrajny <br> First Name   Middle Name   Last Name | Social Security number or ITIN    xxx–xx–4978 <br> EIN    _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    WESTERN DISTRICT OF PENNSYLVANIA

Case number:    19–20606–JAD

# Order of Discharge                                                                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Frank R. Skrajny                    Janet E. Owad–Skrajny

<u>8/27/24</u>                        **By the court:** <u>Jeffery A. Deller</u>
                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Frank R. Skrajny  
Janet E. Owad-Skrajny  
    Debtors

Case No. 19-20606-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Aug 27, 2024 | Form ID: 3180W | Total Noticed: 74 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank R. Skrajny, Janet E. Owad-Skrajny, 1108 Queens Mill Road, Aliquippa, PA 15001-4542 |
| 14996005 | | Citi, P.O. Box 183067, Columbus, OH 43218-3067 |
| 14996021 | + | Embrace Home Loans, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 14996022 | | King Size, P.O. Box 659728, San Antonio, TX |
| 14996027 | + | Nissan Motor Acceptance, PO Box 742658, Cincinnati, OH 45274-2658 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 28 2024 03:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 27 2024 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 28 2024 03:24:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 27 2024 23:44:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Aug 27 2024 23:45:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | EDI: PRA.COM | Aug 28 2024 03:24:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14995982 | | EDI: SYNC | Aug 28 2024 03:24:00 | Amazon, c/o Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 15025190 | | Email/PDF: bncnotices@becket-lee.com | Aug 27 2024 23:41:07 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14995986 | + | Email/PDF: bncnotices@becket-lee.com | Aug 28 2024 00:01:55 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14995983 | + | Email/PDF: bncnotices@becket-lee.com | Aug 28 2024 00:00:32 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14995989 | + | EDI: BANKAMER | Aug 28 2024 03:24:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 14995990 | + EDI: BANKAMER | Aug 28 2024 03:24:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15030912 | + EDI: BANKAMER2 | Aug 28 2024 03:24:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14995991 | EDI: CAPITALONE.COM | Aug 28 2024 03:24:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14995994 | + EDI: CAPITALONE.COM | Aug 28 2024 03:24:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15028902 | EDI: CAPITALONE.COM | Aug 28 2024 03:24:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14995998 | + EDI: CAPITALONE.COM | Aug 28 2024 03:24:00 | Capital One Na, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14995997 | + EDI: CAPITALONE.COM | Aug 28 2024 03:24:00 | Capital One Na, Po Box 26625, Richmond, VA 23261-6625 |
| 15032711 | Email/PDF: bncnotices@becket-lee.com | Aug 28 2024 00:01:51 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14997366 | + Email/Text: bankruptcy@cavps.com | Aug 27 2024 23:45:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14996793 | + Email/Text: bankruptcy@cavps.com | Aug 27 2024 23:45:00 | Cavalry SPV II, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15025797 | + Email/Text: RASEBN@raslg.com | Aug 27 2024 23:43:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14996006 | + EDI: CITICORP | Aug 28 2024 03:24:00 | Citi/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14996007 | + EDI: CITICORP | Aug 28 2024 03:24:00 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14996009 | + EDI: CITICORP | Aug 28 2024 03:24:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14996008 | + EDI: CITICORP | Aug 28 2024 03:24:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14996011 | + EDI: WFNNB.COM | Aug 28 2024 03:24:00 | Comenity Bank/kingsize, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14996010 | + EDI: WFNNB.COM | Aug 28 2024 03:24:00 | Comenity Bank/kingsize, Po Box 182789, Columbus, OH 43218-2789 |
| 14996012 | + EDI: WFNNB.COM | Aug 28 2024 03:24:00 | Comenitycapital/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14996014 | + EDI: WFNNB.COM | Aug 28 2024 03:24:00 | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14996017 | + EDI: CITICORP | Aug 28 2024 03:24:00 | Costco Go Anywhere Citicard, Citicorp Credit Services/Centralized Ban, Po Box 790040, St. Louis, MO 63179-0040 |
| 14996016 | + EDI: CITICORP | Aug 28 2024 03:24:00 | Costco Go Anywhere Citicard, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 14996019 | + EDI: MAXMSAIDV | Aug 28 2024 03:24:00 | Dept of Ed / Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14996020 | + EDI: MAXMSAIDV | Aug 28 2024 03:24:00 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 15323565 | Email/Text: Bankruptcy@Freedommortgage.com | Aug 27 2024 23:43:00 | Freedom Mortgage Corporation, 10500 Kincaid |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Drive, Fishers, IN 46037-9764 |
| 14996002 | | EDI: JPMORGANCHASE | Aug 28 2024 03:24:00 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14995999 | | EDI: JPMORGANCHASE | Aug 28 2024 03:24:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 14996023 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 27 2024 23:42:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14996024 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 27 2024 23:42:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15038405 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2024 00:00:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15029377 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 28 2024 00:01:55 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14996025 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 27 2024 23:41:45 | Merrick Bank/CardWorks, 10705 S Jordan Gateway, South Jordan, UT 84095-3977 |
| 14996026 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 28 2024 00:02:26 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 15044423 | | EDI: MAXMSAIDV | Aug 28 2024 03:24:00 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14998495 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 27 2024 23:43:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14996028 | | EDI: AGFINANCE.COM | Aug 28 2024 03:24:00 | One Main Financial, P.O. Box 183172, Columbus, OH 43218-3172 |
| 15004823 | + | EDI: AGFINANCE.COM | Aug 28 2024 03:24:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 15042004 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 27 2024 23:43:00 | PNC BANK, N.A., P.O. BOX 94982, CLEVELAND, OH 44101 |
| 14996030 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 27 2024 23:43:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14996029 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 27 2024 23:43:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15036001 | | EDI: PRA.COM | Aug 28 2024 03:24:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15006358 | + | Email/Text: ebnpeoples@grblaw.com | Aug 27 2024 23:43:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15037600 | | EDI: Q3G.COM | Aug 28 2024 03:24:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15037601 | | EDI: Q3G.COM | Aug 28 2024 03:24:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15034321 | ^ | MEBN | Aug 27 2024 23:35:58 | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd Buildings 6&8, Charlotte, NC 28217-1932 |
| 14996031 | + | EDI: CITICORP | Aug 28 2024 03:24:00 | Sears, PO Box 6189, Sioux Falls, SD 57117-6189 |
| 14996032 | + | EDI: SYNC | Aug 28 2024 03:24:00 | Syncb/hhgreg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14996033 | + | EDI: SYNC | Aug 28 2024 03:24:00 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14996543 | ^ | MEBN | Aug 27 2024 23:37:17 | Synchrony Bank, c/o of PRA Receivables |

| Recip ID | Bypass | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| | | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14996035 | + | EDI: SYNC | Aug 28 2024 03:24:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14996034 | + | EDI: SYNC | Aug 28 2024 03:24:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 14996036 | + | EDI: SYNC | Aug 28 2024 03:24:00 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 14996037 | + | EDI: SYNC | Aug 28 2024 03:24:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14996038 | + | EDI: SYNC | Aug 28 2024 03:24:00 | Synchrony Bank/QVC, Po Box 965018, Orlando, FL 32896-5018 |
| 14996039 | + | EDI: SYNC | Aug 28 2024 03:24:00 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14996041 | + | EDI: SYNC | Aug 28 2024 03:24:00 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14996040 | + | EDI: SYNC | Aug 28 2024 03:24:00 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15042536 | + | Email/Text: bncmail@w-legal.com | Aug 27 2024 23:45:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14996042 | + | EDI: WTRRNBANK.COM | Aug 28 2024 03:24:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14996044 | | EDI: WTRRNBANK.COM | Aug 28 2024 03:24:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14996043 | + | EDI: WTRRNBANK.COM | Aug 28 2024 03:24:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |

TOTAL: 71

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | RoundPoint Mortgage Servicing Corporation |
| 14996018 | | Daughter |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14995987 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14995988 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14995984 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14995985 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14995992 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14995993 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14995995 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14995996 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14996013 | *+ | Comenitycapital/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14996015 | *+ | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14996003 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14996004 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14996000 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 14996001 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |

TOTAL: 2 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

District/off: 0315-2        User: auto        Page 5 of 5

Date Rcvd: Aug 27, 2024        Form ID: 3180W        Total Noticed: 74

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2024 at the address(es) listed below:**

**Name**        **Email Address**

Denise Carlon
    on behalf of Creditor RoundPoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lauren M. Lamb
    on behalf of Debtor Frank R. Skrajny
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
    rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Lauren M. Lamb
    on behalf of Plaintiff Frank R. Skrajny
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
    rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Lauren M. Lamb
    on behalf of Joint Debtor Janet E. Owad-Skrajny
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
    rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Lauren M. Lamb
    on behalf of Plaintiff Janet E. Owad-Skrajny
    julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
    rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 10