IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
FRANK R. SKRAJNY
JANET E. OWAD-SKRAJNY
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-20606 JAD

Chapter 13

Document No.: 106

FILED
8/27/24 10:37 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

   AND NOW, this ___27th___ day of ___August___, 20_24_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-20606-JAD |
| Frank R. Skrajny | Chapter 13 |
| Janet E. Owad-Skrajny | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Aug 27, 2024 | Form ID: pdf900 | Total Noticed: 72 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Frank R. Skrajny, Janet E. Owad-Skrajny, 1108 Queens Mill Road, Aliquippa, PA 15001-4542 |
| 14996005 | | Citi, P.O. Box 183067, Columbus, OH 43218-3067 |
| 14996021 | + | Embrace Home Loans, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 14996022 | | King Size, P.O. Box 659728, San Antonio, TX |
| 14996027 | + | Nissan Motor Acceptance, PO Box 742658, Cincinnati, OH 45274-2658 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: kburkley@bernsteinlaw.com | Aug 27 2024 23:45:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 27 2024 23:41:56 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14995982 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2024 00:02:22 | Amazon, c/o Synchrony Bank, PO Box 965036, Orlando, FL 32896-5036 |
| 15025190 | | Email/PDF: bncnotices@becket-lee.com | Aug 28 2024 00:00:38 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14995986 | + | Email/PDF: bncnotices@becket-lee.com | Aug 27 2024 23:40:45 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14995983 | + | Email/PDF: bncnotices@becket-lee.com | Aug 27 2024 23:41:57 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14995989 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 27 2024 23:42:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14995990 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 27 2024 23:42:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 15030912 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Aug 27 2024 23:44:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14995991 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2024 23:41:58 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14995994 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2024 23:40:13 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15028902 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2024 00:01:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14995998 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2024 00:20:28 | Capital One Na, Attn: General |

| | | | | |
|---|---|---|---|---|
| | | | | Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14995997 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2024 23:40:13 | Capital One Na, Po Box 26625, Richmond, VA 23261-6625 |
| 15032711 | | Email/PDF: bncnotices@becket-lee.com | Aug 28 2024 00:01:40 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14997366 | + | Email/Text: bankruptcy@cavps.com | Aug 27 2024 23:45:00 | Cavalry Investments, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14996793 | + | Email/Text: bankruptcy@cavps.com | Aug 27 2024 23:45:00 | Cavalry SPV II, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15025797 | + | Email/Text: RASEBN@raslg.com | Aug 27 2024 23:43:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14996006 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2024 23:42:01 | Citi/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14996007 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2024 23:40:36 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14996009 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2024 00:20:58 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14996008 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2024 00:01:53 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14996011 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 27 2024 23:44:00 | Comenity Bank/kingsize, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14996010 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 27 2024 23:44:00 | Comenity Bank/kingsize, Po Box 182789, Columbus, OH 43218-2789 |
| 14996012 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 27 2024 23:44:00 | Comenitycapital/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14996014 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 27 2024 23:44:00 | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14996017 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2024 23:40:28 | Costco Go Anywhere Citicard, Citicorp Credit Services/Centralized Ban, Po Box 790040, St. Louis, MO 63179-0040 |
| 14996016 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2024 23:41:08 | Costco Go Anywhere Citicard, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 14996019 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 28 2024 00:20:37 | Dept of Ed / Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14996020 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 28 2024 00:01:57 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 15323565 | | Email/Text: Bankruptcy@Freedommortgage.com | Aug 27 2024 23:43:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14996002 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 28 2024 00:02:22 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14995999 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 28 2024 00:02:31 | Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 14996023 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 27 2024 23:42:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 14996024 | + | Email/Text: PBNCNotifications@peritusservices.com | Aug 27 2024 23:42:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 15038405 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2024 00:00:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15029377 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| Recipient ID | Flag | Delivery Method | Timestamp | Name / Address |
|---|---|---|---|---|
| 14996025 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 27 2024 23:41:06 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14996026 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 27 2024 23:41:07 | Merrick Bank/CardWorks, 10705 S Jordan Gateway, South Jordan, UT 84095-3977 |
| 15044423 |   | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 28 2024 00:00:48 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
|  |  |  | Aug 28 2024 00:00:48 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14998495 |   | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 27 2024 23:43:00 | Nissan Motor Acceptance, POB 660366, Dallas, TX 75266-0366 |
| 14996028 |   | Email/PDF: cbp@omf.com | Aug 28 2024 00:02:17 | One Main Financial, P.O. Box 183172, Columbus, OH 43218-3172 |
| 15004823 | + | Email/PDF: cbp@omf.com | Aug 28 2024 00:00:48 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 15042004 |   | Email/Text: Bankruptcy.Notices@pnc.com | Aug 27 2024 23:43:00 | PNC BANK, N.A., P.O. BOX 94982, CLEVELAND, OH 44101 |
| 14996030 |   | Email/Text: Bankruptcy.Notices@pnc.com | Aug 27 2024 23:43:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14996029 |   | Email/Text: Bankruptcy.Notices@pnc.com | Aug 27 2024 23:43:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 15036001 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2024 00:00:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15006358 | + | Email/Text: ebnpeoples@grblaw.com | Aug 27 2024 23:43:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15037600 |   | Email/Text: bnc-quantum@quantum3group.com | Aug 27 2024 23:44:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15037601 |   | Email/Text: bnc-quantum@quantum3group.com | Aug 27 2024 23:44:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15034321 | ^ | MEBN | Aug 27 2024 23:36:00 | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd Buildings 6&8, Charlotte, NC 28217-1932 |
| 14996031 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2024 00:31:53 | Sears, PO Box 6189, Sioux Falls, SD 57117-6189 |
| 14996032 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2024 23:41:05 | Syncb/hhgreg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14996033 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2024 00:21:16 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14996543 | ^ | MEBN | Aug 27 2024 23:37:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14996035 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2024 23:41:49 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14996034 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2024 00:00:59 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 14996036 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 27 2024 23:40:22 | Synchrony Bank/Gap, Po Box 965005, Orlando, FL 32896-5005 |
| 14996037 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2024 00:01:36 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14996038 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2024 00:20:47 | Synchrony Bank/QVC, Po Box 965018, Orlando, FL 32896-5018 |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Aug 27, 2024 | Form ID: pdf900 | Total Noticed: 72 |

| | | | | |
|---|---|---|---|---|
| 14996039 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Aug 28 2024 00:20:26 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14996041 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Aug 28 2024 00:00:52 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14996040 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Aug 28 2024 00:02:30 | Synchrony Bank/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15042536 | + Email/Text: bncmail@w-legal.com | | Aug 27 2024 23:45:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14996042 | + Email/Text: bncmail@w-legal.com | | Aug 27 2024 23:44:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14996044 | Email/Text: bncmail@w-legal.com | | Aug 27 2024 23:44:00 | Target, Target Card Services, Mail Stop NCB-0461, Minneapolis, MN 55440 |
| 14996043 | + Email/Text: bncmail@w-legal.com | | Aug 27 2024 23:44:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |

TOTAL: 67

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | RoundPoint Mortgage Servicing Corporation |
| 14996018 | | Daughter |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14995987 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14995988 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14995984 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14995985 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 14995992 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14995993 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 14995995 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14995996 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14996013 | *+ | Comenitycapital/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14996015 | *+ | Comenitycapital/boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14996003 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14996004 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14996000 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |
| 14996001 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15298, Wilmington, DE 19850 |

TOTAL: 2 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Case 19-20606-JAD    Doc 114    Filed 08/29/24    Entered 08/30/24 00:31:09    Desc
Imaged Certificate of Notice    Page 6 of 6

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Aug 27, 2024 | Form ID: pdf900 | Total Noticed: 72 |

Date: Aug 29, 2024                     Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2024 at the address(es) listed below:**

**Name**            **Email Address**

Denise Carlon
              on behalf of Creditor RoundPoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com

Keri P. Ebeck
              on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
              btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Lauren M. Lamb
              on behalf of Debtor Frank R. Skrajny
              julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
              rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Lauren M. Lamb
              on behalf of Plaintiff Frank R. Skrajny
              julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
              rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Lauren M. Lamb
              on behalf of Joint Debtor Janet E. Owad-Skrajny
              julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
              rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Lauren M. Lamb
              on behalf of Plaintiff Janet E. Owad-Skrajny
              julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
              rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Mario J. Hanyon
              on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee
              ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
              cmecf@chapter13trusteewdpa.com

S. James Wallace
              on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com


TOTAL: 10